CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUL 01 2014
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UHURU-SEKOU OBATAIYE-ALLAH, and KEVIN SNODGRASS, Plaintiffs, | Civil Action No. 7:14-cv-00257 |
| v. | **MEMORANDUM OPINION** |
| HAROLD W. CLARK, et al., Defendant(s). | By: Hon. Glen E. Conrad Chief United States District Judge |

Uhuru-Sekou Obataiye-Allah and Kevin Snodgrass, Virginia inmates proceeding pro se, filed a joint civil rights complaint, pursuant to 42 U.S.C. § 1983. By order entered May 28, 2014, the court directed plaintiffs to submit within 10 days from the date of the order their executed verified statements and documentation of exhaustion of administrative remedies and their inmate account information for the six-month period preceding the filing of the complaint. Plaintiffs were advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiffs have failed to comply with the described conditions. Plaintiffs both failed to return their verified statements and exhaustion documentation, and Plaintiff Obataiye-Allah failed to return the required financial information. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Each plaintiff may refile his claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 1st day of July, 2014.

/s/ Glen Conrad
Chief United States District Judge